# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-7080**　　　　　　　　　　　　　**September Term, 2021**

**1:22-cv-00137-UNA**

**Filed On:** August 26, 2022

Jose Manuel Lopez,

　　　　　Appellant

　　v.

City of Santa Ana, A Municipal Corporation,
et al.,

　　　　　Appellees

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**　　Wilkins and Katsas, Circuit Judges, and Sentelle, Senior Circuit
Judge

### J U D G M E N T

　　This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

　　**ORDERED AND ADJUDGED** that the district court's order filed May 6, 2022, be affirmed. The district court properly dismissed the case as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i); Neitzke v. Williams, 490 U.S. 319, 325 (1989) ("[A] complaint . . . is frivolous where it lacks an arguable basis either in law or in fact.").

　　Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　BY:　　/s/
　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　Deputy Clerk